

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EL PASO COUNTY SHERIFF'S OFFICERS ASSOCIATION, INC., | § | No. 08-14-00177-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 41st District Court |
| | § | |
| RICHARD D. WILES IN HIS OFFICIAL CAPACITY AS SHERIFF OF EL PASO COUNTY, TEXAS, | § | of El Paso County, Texas |
| | § | (TC# 2014DCV1557) |
| | § | |
| Appellee. | | |

## **J U D G M E N T**

The Court has considered this cause on the joint motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed without prejudice. We therefore dismiss the appeal without prejudice. We further order costs are to be paid by the party incurring them in accordance with the agreement of the parties, and this decision be certified below for observance.

IT IS SO ORDERED THIS 11TH DAY OF MARCH, 2015.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.